**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: APPLICATION OF SUNFLOWER FARM, LLC | : | No. 283 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: SUNFLOWER FARM, LLC | : | the Order of the Commonwealth Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.